UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Chapter 11
In re:                                                                           Case No. 8-06-70402-dte
Professional Golf Management MICC LLC               Order Granting Motion to Pay Priority and
 d/b/a Middle Island Country Club                           Secured Claims

                                                Debtor.
-----------------------------------------------------------x

        The Debtor having moved before this Court on January 30, 2007 for an Order: 1) authorizing the structured dismissal of the Debtor's Chapter 11 Case upon such terms and conditions as may be determined by the Court; 2) authorizing the firm of Zinker & Herzberg, LLP to pay the claims of all pre petition priority, secured and general unsecured creditors, with interest except those that are subject to pending objections; 3) permitting Zinker & Herzberg, LLP to return the sum of $ 10,000.00 to Vincent G. Berger, Jr. P.C. to be held by said firm in escrow pursuant to the terms of the contract of sale for the purchase of the Debtor's Golf Property; and

        After hearing Zinker & Herzberg, LLP, attorney for the Debtor by Edward Zinker, Esq. and Arent Fox PLLC attorneys for the Creditors' Committee by Andrew Silfen, Esq. in support of that portion of the Motion to permit payment in full of all pre petition priority and secured claims with interest, and no one appearing in opposition thereto, and sufficient cause appearing therefore, and due deliberation having been had, it is

        ORDERED, that Zinker & Herzberg, LLP ("Z&H") as attorneys for the Debtor is hereby authorized and directed to pay all pre petition priority and secured claims in full with interest out of the Debtor's escrow account maintained by Z&H pursuant to the Order approving the sale of the Debtor's golf property pursuant to the prior of this Court dated October 24, 2006, and it is further

ORDERED, that the remaining portion of the Debtor's motion for a structured dismissal is hereby adjourned to February 13, 2007 at 10:00a.m.

Dated: Central Islip, NY  /s/ *Dorothy Eisenberg*
February  8, 2007  Hon. Dorothy Eisenberg
  U.S. Bankruptcy Judge