UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x Chapter 11
In re:                                                    Case No. 8-06-70402-dte
Professional Golf Management MICC LLC                     Order Granting Motion to Return Escrow
d/b/a Middle Island Country Club                          Deposit

                                    Debtor.
--------------------------------------------------------x

   The Debtor having moved before this Court on January 30, 2007 for an Order: 1)

authorizing the structured dismissal of the Debtor's Chapter 11 Case upon such terms and

conditions as may be determined by the Court; 2) authorizing the firm of Zinker & Herzberg,

LLP to pay the claims of all pre petition priority, secured and general unsecured creditors, with

interest except those that are subject to pending objections; 3) permitting Zinker & Herzberg,

LLP to return the sum of $ 10,000.00 to Vincent G. Berger, Jr. P.C. to be held by said firm in

escrow pursuant to the terms of the contract of sale for the purchase of the Debtor's Golf

Property; and that portion of the Motion permitting Zinker & Herzberg, LLP to return the sum of

$ 10,000.00 to Vincent G. Berger, Jr. P.C. to be held by said firm in escrow pursuant to the terms

of the contract of sale for the purchase of the Debtor's Golf Property having been adjourned to

February 13, 2007, and having been heard on said date, and

   After hearing Zinker & Herzberg, LLP, attorney for the Debtor by

Edward Zinker, Esq. and Arent Fox PLLC attorneys for the Creditors' Committee having

consented to the same, and no one appearing in opposition thereto, and sufficient cause

appearing therefore, and due deliberation having been had, it is

   ORDERED, that Zinker & Herzberg, LLP ("Z&H") as attorneys for the Debtor is

hereby authorized and directed to return the sum of $ 10,000.00 form their Trust Account  to

Vincent G. Berger, Jr. P.C. to be held by said firm in escrow pursuant to the terms of the contract

of sale for the purchase of the Debtor's Golf Property , and it is further

ORDERED, that the  remaining portion of the Debtor's motion for a

structured dismissal is hereby adjourned to March 29,2007 at 10:00a.m.

Dated: Central Islip, NY  
      February 28, 2007

***s/Dorothy Eisenberg***  
Hon. Dorothy Eisenberg  
U.S. Bankruptcy Judge